UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHRISTOPHER EUGENE BUCKNER, )
)
       Plaintiff, )
)
v. )
) **JUDGMENT**
) No. 5:14-CV-539-FL
)
UNITED PARCEL SERVICE and )
TEAMSTERS LOCAL 391, )
)
       Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion to remand, defendant United Parcel Service's motion to dismiss for failure to state a claim, defendant Teamsters Local 391's Motion to Dismiss and on the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 22, 2015, and for the reasons set forth more specifically therein, that plaintiff's motion to remand is denied, defendant United Parcel Service's motion to dismiss for failure to state a claim is granted and defendant Teamster Local 391's motion to dismiss is granted. This action is dismissed. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on September 23, 2015, and Copies To:**

Christopher Eugene Buckner (via U.S. Mail)
Glenn G. Patton (via CM.ECF Notice of Electronic Filing)
Susan Ballantine Malony (via CM.ECF Notice of Electronic Filing)
John David James (via CM.ECF Notice of Electronic Filing)


September 23, 2015                      JULIE RICHARDS JOHNSTON, CLERK
                                                /s/ Susan W. Tripp
                                                (By) Susan W. Tripp, Deputy Clerk